**92–475.** State ex rel. Martin v. Cleveland. *Cuyahoga County*, No. 60977. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellees/cross-appellants' application to dismiss their appeal,

IT IS ORDERED by the court, effective January 8, 1993, that said application to dismiss cross-appeal be, and the same is hereby, granted.

Said cause shall remain pending in all other respects.

**92–1216.** Cecil v. Cottrill. *Hocking County*, No. 91–CA–10. This matter is pending before the court as an appeal and cross-appeal from the Court of Appeals for Hocking County. Upon consideration of appellee/cross-appellant's application to dismiss his appeal,

IT IS ORDERED by the court that said application to dismiss cross-appeal be, and the same is hereby, granted.

Said cause shall remain pending in all other respects.

**92–2061.** O'Mara Ent., Inc. v. Heritage Bank, N.A. *Jefferson County*, No. 91–J–6. Cause dismissed, on joint application for dismissal, effective January 6, 1993.

**92–2140.** In re Mueller. *Montgomery County*, No. 13148. Cause dismissed, on appellant's application for dismissal, effective January 8, 1993.

### Tuesday, January 12, 1993

## MOTION DOCKET

**92–2618.** Interamerican Trade Corp. v. Phillips. *Montgomery County*, No. 13711. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Montgomery County to certify its record and as a claimed appeal as of right from said court. Upon consideration of appellants' motion for stay,

IT IS ORDERED by the court that said motion for stay be, and the same is hereby, denied, effective January 11, 1993.

## MISCELLANEOUS DISMISSALS

**92–1473.** Coats v. Limbach. Board of Tax Appeals, No. 85–C–795. Cause dismissed, on appellant's application to dismiss, effective January 11, 1993.

### Wednesday, January 13, 1993

## MERIT DOCKET

**92–2007.** State ex rel. Belcher v. Reece. In Mandamus. On answer of respondent, motion for summary judgment, and motion for damages. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**92–2048.** State ex rel. Trapp v. Blue Ash. In Mandamus. On motion to dismiss or, alternatively, motion for summary judgment. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, F.E. SWEENEY and PFEIFER, JJ., concur.

RESNICK, J., not participating.

**92–2216.** State ex rel. Fuller v. Judges of Eighth Dist. Court of Appeals. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and PFEIFER, JJ., concur.

F.E. SWEENEY, J., not participating.